SAMUEL DIENER, Respondent, *v.* CARMEN CAB CORPORA-
TION et al., Defendants, and THE NEW YORK CENTRAL
RAILROAD COMPANY, Appellant.

(Argued January 11, 1934; decided February 27, 1934.)

*K. O. Mott-Smith* and *Clive C. Handy* for appellant.
*Samuel H. Stuttman* and *Jay S. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.